[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-12813

Non-Argument Calendar

_____

BENJAMIN FRANKLIN,

Plaintiff-Appellant,

*versus*

THE CITY OF WARNER ROBINS,
SERGEANT TIMOTHY T. PIPPIO,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Georgia
D.C. Docket No. 5:23-cv-00184-MTT

_____

Before ROSENBAUM, LUCK, and BRASHER, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Benjamin Franklin appeals from the district court's order that entered summary judgment in favor of the defendants as to his federal law claims and dismissed without prejudice his state law claims.

We lack jurisdiction over this appeal because Franklin's notice of appeal is untimely. *See Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1300 (11th Cir. 2010). The deadline for filing a notice of appeal was August 9, 2024, and Franklin did not file his notice of appeal until August 30, 2024. *See* 28 U.S.C. § 2107(a); Fed. R. App. P. 4(a)(1)(A). Franklin is not entitled to relief under Fed. R. App. P. 4(a)(5) or 4(a)(6) because he did not file a motion to extend or assert that he did not receive timely notice of the final order or judgment. *See* 28 U.S.C. § 2107(c); Fed. R. App. P. 4(a)(5)(A), 4(a)(6); *Sanders v. United States*, 113 F.3d 184, 187 (11th Cir. 1997).

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.